[No. 60725-1-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR MANUEL NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-09218-6, Andrea A. Darvas, J., entered October 1, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 61074-1-I; 61075-9-I;   Division One.   January 26, 2009.]
61076-7-I.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH BUD MAST, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-02448-1, Laura C. Inveen, J., entered November 9, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 61079-1-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. T.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-03568-2, Philip G. Hubbard, Jr., J., entered December 17, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61094-5-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RIGOBERTO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04222-5, Christopher A. Washington, J., entered December 24, 2007. *Affirmed* by unpublished per curiam opinion.